# United States Court of Appeals
# for the Fifth Circuit

———————————

No. 21-11280
Summary Calendar

———————————

United States of America,

*Plaintiff—Appellee*,

*versus*

Efrain Ortuno-Leon,

*Defendant—Appellant*.

United States Court of Appeals
Fifth Circuit

**FILED**
January 18, 2023

Lyle W. Cayce
Clerk

———————————————————————

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:21-CR-149-3

———————————————————————

Before Smith, Southwick, and Douglas, *Circuit Judges.*

Per Curiam:[*]

The attorney appointed to represent Efrain Ortuno-Leon has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Ortuno-Leon has not filed a response.

———————————————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 21-11280

We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.